Jessie Wallace and Others, Respondents, v. Howard G. Wallace, Individually and as Surviving Executor, etc., Appellant, and Others, Defendants.— Order affirmed, without costs. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Joseph Walz, Respondent, v. Magdalena Humrich, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Edison Electric Illuminating Company of Brooklyn, Plaintiff, v. Horace E. Frick Company and Another, Appellants, Impleaded with M. Goodwin & Company and Another, Respondents. Neal & Brinker Company and Others, Respondents, Appellants, and Others, Defendants.— Judgment modified so as to charge the lienors found to be entitled to the fund with only one-half of the expenses of the reference, and judgment directed against the National Bank of Lebanon for the other half; and as so modified affirmed, without costs against the bank, but with one bill of costs and disbursements, except for printing the record, in favor of the Ajax Lead Coating Company, M. Goodwin & Co., Audley Clark Company and Neal & Brinker Company against John V. Lindberg and the National Bridge Works, and without costs against the N. Ryan Company. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred. Order to be settled before Mr. Justice Thomas.

---

## FOURTH DEPARTMENT, OCTOBER, 1913.

John Quarantiello, Appellant, v. New York, Lake Erie and Western Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Examination of Frederick H. Johnson in Proceedings Supplementary to Execution, etc.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John C. Pratt, as Trustee, Respondent, v. William E. Prentice, Appellant.— Interlocutory judgment affirmed, without costs, with leave to the defendant to plead over within twenty days. All concurred.

William F. Kasting Company, Respondent, v. Charles H. Netsch, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.